# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872



David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

May 24, 2019

**BY HAND**

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Kurt Bush*, 18cr0894-VB
     Request to Exonerate the Bond

Dear Judge Briccetti:

This letter is written on behalf of Kurt Bush and respectfully seeks an order to exonerate the bond in this matter and for pretrial services to release Mr. Bush's passport. On April 1, 2019, this Court sentenced Mr. Bush to 3 months' imprisonment, but permitted him to self-surrender directly to the designated Bureau of Prisons (BOP) facility by or before 2:00 p.m., on May 17, 2019. The BOP designated Mr. Bush to MDC Brooklyn. Elizabeth Sanchez at the United States Marshal Service in White Plains confirmed for me this morning that Mr. Bush surrendered as directed to MDC on May 17, 2019, at 1:37 p.m. The BOP's website confirms that Mr. Bush is at the MDC Brooklyn facility as well. There are no further proceedings in the above captioned matter.

Assistant United States Attorney Christopher Brumwell has no objection to the instant application.

Thank you in advance for your consideration of this request.

Respectfully submitted,

Jason I. Ser
Assistant Federal Defender

cc: Christopher Brumwell, A.U.S.A.

GRANTED
SO ORDERED:

HONORABLE VINCENT L. BRICCETTI
United States District Judge
5/31/19